PALMORE, Judge.

This is a habeas corpus proceeding in which the appellant, a prisoner in the Kentucky State Penitentiary, seeks to set aside on constitutional grounds the judgment of conviction pursuant to which he is imprisoned. In the absence of a showing that the remedy by motion under RCr 11.42 is inadequate, his petition was properly dismissed. Ayers v. Davis, Ky., 377 S.W.2d 154.

The judgment is affirmed.

**Paul J. PRYOR, Appellant,**

**v.**

**Luther THOMAS, Warden, Kentucky State Penitentiary, Appellee.**

Court of Appeals of Kentucky.

March 20, 1964.

For dissenting opinion see 377 S.W.2d 878.

Paul J. Pryor, pro se.

John B. Breckinridge, Atty. Gen., Ronald M. Sullivan, Asst. Atty. Gen., for appellee.

PALMORE, Judge.

This is a habeas corpus proceeding in which the appellant, a prisoner in the Kentucky State Penitentiary, seeks to set aside on constitutional grounds the judgment of conviction pursuant to which he is imprisoned. In the absence of a showing that the remedy by motion under RCr 11.42 is inadequate, his petition was properly dismissed. Ayers v. Davis, Ky., 377 S.W.2d 154.

The judgment is affirmed.

**Scott BROWN, Appellant,**

**v.**

**Luther THOMAS, Warden, Kentucky State Penitentiary, Appellee.**

Court of Appeals of Kentucky.

March 20, 1964.

For dissenting opinion see 377 S.W.2d 878.

Scott Brown, pro se.

John B. Breckinridge, Atty. Gen., Ray Corns, Asst. Atty. Gen., for appellee.

WILLIAMS, Judge.

This is a habeas corpus proceeding in which the appellant, a prisoner in the Kentucky State Penitentiary, seeks to set aside on constitutional grounds the judgment of conviction pursuant to which he is imprisoned. In the absence of a showing that the remedy by motion under RCr 11.42 is inadequate, his petition was properly dismissed. Ayers v. Davis, Ky., 377 S.W.2d 154.

The judgment is affirmed.

For dissenting opinion see 377 S.W.2d 878.

Clyde W. Coles, pro se.

Robert Matthews, Atty. Gen., Joe Nagle, Asst. Atty. Gen., for appellee.

---

**Clyde W. COLES, Appellant,**

**v.**

**Luther THOMAS, Warden, Kentucky State Penitentiary, Appellee.**

Court of Appeals of Kentucky.

March 20, 1964.

WILLIAMS, Judge.

This is a habeas corpus proceeding in which the appellant, a prisoner in the Kentucky State Penitentiary, seeks to set aside on constitutional grounds the judgment of conviction pursuant to which he is imprisoned. In the absence of a showing that the remedy by motion under RCr 11.42 is inadequate, his petition was properly dismissed. Ayers v. Davis, Ky., 377 S.W.2d 154.

The judgment is affirmed.